Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Main: (212) 407-4000
Fax: (212) 407-4990

Attorneys for Plaintiff Reservoir Media Management, Inc.

JUDGE ABRAMS

13 CV 1847

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESERVOIR MEDIA MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>CRAZE PRODUCTIONS, HIPHOPLAND LTD., and SAM KLEINMAN,<br><br>Defendants. | ____ CV ____<br><br>**COMPLAINT** |

RECEIVED
MAR 2 0 2013
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff Reservoir Media Management, Inc. ("Reservoir"), by and through its attorneys, Loeb & Loeb LLP, hereby alleges as follows:

## NATURE OF ACTION

1. This is a copyright infringement action brought by Reservoir, a music publisher, against two record companies, Craze Productions and Hiphopland Ltd., and their principal, Mr. Sam Kleinman, regarding their unauthorized and infringing exploitation of certain musical compositions recorded by the late double-platinum recording artist, Aaliyah ("the Compositions"). Craze Productions has been engaged in the unauthorized digital distribution of

one or more of the Compositions and, as such, has damaged Reservoir in an amount likely to exceed One Million Dollars, in violation of the copyright laws of the United States.

2. The Compositions were also indirectly at issue in an earlier-filed California litigation commenced on June 14, 2007 between Blackground Records ("Blackground"), a record company, and Defendant Hiphopland. A unanimous jury found in favor of Blackground and dismissed all claims asserted by Hiphopland, and the trial judge granted Blackground's counterclaim for an accounting for royalties due to the owner of the sound recording copyrights and determined that the total amount owed by Hiphopland to Blackground was in excess of Eight Million Dollars.

3. Upon information and belief, Mr. Kleinman retains controlling interest in both Craze Productions and Hiphopland Ltd. and operates both companies as his alter egos.

**THE PARTIES**

4. Plaintiff Reservoir is a music publisher incorporated in Delaware and with its principal place of business at 225 Varick Street, New York, New York 10014.

5. Defendant Craze Productions ("Craze") is, upon information and belief, a United Kingdom corporation with its offices at 10 Great Russell Street, London, WC1B 3BQ, United Kingdom.

6. Defendant Hiphopland Ltd. ("Hiphopland") is, upon information and belief, a United Kingdom corporation and a distributor of musical recordings with its offices at 5 Jupiter House, Calleva Park, Aldermaston, Reading, Berkshire, RG7 8NN, United Kingdom.

7. Defendant Sam Kleinman ("Kleinman") is, upon information and belief, a principal of both Defendant Craze and Hiphopland and a resident of the United Kingdom.

## JURISDICTION AND VENUE

8. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (3).

## FACTUAL ALLEGATIONS

10. Reservoir owns and administers the copyrights in the following songs, all acquired via assignment from Black Fountain Publishing, Inc. executed June 25, 2012 and submitted to the Copyright Office for recordation on or about June 28, 2012 (collectively, the "Compositions"):

| # | SONG TITLE | Composer(s) | PA COPYRIGHT OFFICE # |
|---|---|---|---|
| 1 | Are You That Somebody? | Garrett/Mosley | PA0000914663 |
| 2 | Better Man | Anderson/Babbs | PA0001159297 |
| 3 | Birthday | Garrett/Mosley | V3480D743 |
| 4 | Bounce & Grind | Babbs/Walker | PA0001059176 |
| 5 | Cake & Ice Cream | Babbs/Jones/jones/Whitaker/Williams | PA0001159302 |
| 6 | Close | Babbs/Dudley/Franklin /Harvey /Stringfield | PA0001159303 |
| 7 | Club | Babbs/Cross | PA0001159298 |
| 8 | Erica Kane | Garrett/Seats/Stewart | PA0001104967 |
| 9 | I Can Be | Anderson/Babbs | PA0001059161 |
| 10 | I Don'T Wanna Be Lovin' You | Anderson/Babbs | PA0001059175 |
| 11 | I Refuse | Garrett/Walker | PA0001059160 |
| 12 | I'm The Reason | Babbs/Terry /Williams | PA0001104603 |
| 13 | It's Whatever | Garrett/Seats/Stewart | PA0001059155 |
| 14 | Loose Rap | Garrett/Seats/Stewart | PA0001059155 |
| 15 | Make Me Wanna Sing | Babbs/Ripperton/Rudolph | PA0001297431 |
| 16 | More Than A Woman | Garrett/Mosley | PA0001059156 |
| 17 | My Place | Babbs/Cross/Moore | PA0001159305 |
| 18 | Never No More | Anderson/Garrett | PA0001059157 |
| 19 | One Man | Babbs | PA0001104599 |
| 20 | Party Like A Thug | Babbs/Thomas/Williams | PA0001159301 |
| 21 | Read Between The Lines | Anderson/Garrett | PA0001059158 |
| 22 | Rock The Boat | Garrett/Seats/Stewart | PA0001059155 |
| 23 | Supa Sexy | Babbs/Brown/Gaye/Ritz | PA0001104602 |
| 24 | Those Were The Days | Garrett/Seats/Stewart | V3488D163 |
| 25 | Try Again | Garrett/Mosley | PA0001044041 |

| | | | |
|---|---|---|---|
| 26 | Unpredictable | Babbs/Garrett | PA0001104601 |
| 27 | We Need A Resolution | Garrett/Mosley | PA0001059154 |
| 28 | What If | Babbs/Walker | PA0001059162 |

True and correct copies of the copyright registration certificates for the Compositions and the recordation of their assignment to Reservoir, respectively, are attached as Exhibit A and B hereto.

11. The Compositions owned by Reservoir were all recorded by the late superstar artist Aaliyah on her double-platinum albums, "One in a Million" and "Aaliyah" ("the Sound Recordings") for Blackground Records. Upon information and belief, Hiphopland acquired certain rights in the Sound Recordings, but not the Compositions, directly or indirectly, from Blackground.

12. Despite ostensibly acquiring certain rights in the Sound Recordings, Hiphopland has neither acquired, nor sought to acquire, the right to make and distribute phonorecords embodying the Compositions from Reservoir or availed itself of the compulsory licensing provisions set forth in Section 115 of the United States Copyright Act.

13. Upon information and belief, Craze has made and distributed copies of the Sound Recordings (which include the Compositions) in the United States and elsewhere as digital distributions through iTunes.

14. Upon information and belief, Craze has not acquired any right to make and distribute the Sound Recordings in the United States or elsewhere.

15. As a consequence, the making and/or selling of Sound Recordings by Hiphopland and Craze incorporating the Compositions whether in the form of CDs or through digital distribution was without the authority of Reservoir.

**FIRST CLAIM FOR RELIEF**
(Copyright Infringement Against Defendants)

16. Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1 through 15 as if fully set forth herein.

17. Defendants have knowingly and willfully directly copied and distributed the Compositions, including through digital distribution.

18. Defendants did not obtain written permission or any license from Reservoir for the reproduction and distribution of the Compositions.

19. Reservoir is informed and believes and thereon alleges that the Defendants' infringing acts have been performed with knowledge of Reservoir's copyrights and that such acts were committed intentionally and willfully.

20. By reason of Defendants' willful infringement of Reservoir's copyrights, Reservoir has sustained substantial injury, loss and damage to Reservoir's exclusive rights in the Compositions and Defendants have unlawfully and wrongfully derived and will continue to derive income from their infringing acts, unless prohibited by this Court.

21. Reservoir has suffered substantial monetary damages in an amount not yet ascertained but to be proven at the time of trial.

22. If Defendants' wrongful unauthorized use and distribution of material from the Compositions continues, Reservoir will continue to suffer irreparable harm of a continuing nature for which there is no plain, speedy or adequate remedy at law. Defendants' acts of copyright infringement will continue unless Defendants are enjoined from further committing wrongful and infringing acts.

23. Reservoir has also incurred and will continue to incur attorney's fees and costs as a result of Defendants' infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Reservoir seeks relief and demands judgment against Defendants:

1. For injunctive relief, as provided for in 17 U.S.C. § 502, namely for temporary, preliminary and permanent injunctive relief preventing Defendants, their officers, agents, servants, employees, and attorneys, and all other persons acting or attempting to act in concert or participation with them, from directly or indirectly reproducing, copying, importing, delivering, distributing, selling, transferring, advertising, marketing, displaying, or making any unauthorized use of the Compositions;

2. For an order allowing for the impounding and/or destruction of all infringing articles, as provided for in 17 U.S.C. § 503;

3. For judgment for Plaintiff Reservoir's actual damages and the profits of Defendants, to be proven at trial, as provided for 17 U.S.C. § 504;

4. For judgment for statutory damages, if Plaintiff Reservoir so elects to recover instead of actual damages and profits, to be proven at trial, as provided for in 17 U.S.C. § 504;

5. For judgment for enhanced damages for Defendants' willful infringement, as provided for in 17 U.S.C. § 504;

6. For judgment for Plaintiff Reservoir's costs and attorney's fees in this action as provided for in 17 U.S.C. § 505; and

7. Awarding Plaintiff Reservoir its taxable costs, prejudgment interest, and such other and further relief as the Court shall deem proper.

Dated: New York, New York
March 19, 2013

Respectfully submitted,

By: ______________________
Barry I. Slotnick
345 Park Avenue
New York, NY 10154
Main: (212) 407-4000
Fax: (212) 407-4990

*Attorneys for Plaintiff Reservoir Media Management, Inc.*

NY1169696.4

# EXHIBIT A




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000914663
Search Results: Displaying 1 of 2 entries






*Are you that somebody?*



**Type of Work:** Music
**Registration Number / Date:** PA0000914663 / 1998-09-16
Supplemented by: PA0001204719 / 2003-09-22
**Title:** Are you that somebody?
**Appears in:** Dr. Dolittle: the album. Atlantic 83113-2, c1998. Compact disc
**Publisher Number:** Atlantic 83113-2
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** TCF Music Publishing, Inc., Warner/Chappell Music, Virginia Beach Music, Black Fountain Music & Herbilicious Music
**Date of Creation:** 1998
**Date of Publication:** 1998-06-02
**Authorship on Application:** words & music: Twentieth Century Fox Film Corporation, employer for hire.
**Copyright Note:** See also Are you that somebody?; Reg. 22Sep03; PA 1-204-719
**Names:** Aaliyah
TCF Music Publishing, Inc.
Warner/Chappell Music
Virginia Beach Music
Black Fountain Music
Herbilicious Music
Twentieth Century Fox Film Corporation




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Copyright United States Copyright Office

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001159297
Search Results: Displaying 1 of 1 entries




Labeled View

2

***Better man.***

**Type of Work:** Music
**Registration Number / Date:** PA0001159297 / 2004-06-07
**Title:** Better man.
**Appears in:** One man. Universal Records 440 064 692-2, c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, 'Bout Budda Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs (Tank, pseud.) & Stephen Anderson.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.
**Names:** Babbs, Durrell
Anderson, Stephen
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
'Bout Budda Music
Tank, pseud.




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |




# Public Catalog

3

Copyright Catalog (1978 to present)
Search Request: Builder = (birthday)[ in Title ]AND(mosley)[ in Name: All ]
Search Results: Displaying 1 of 1 entries







Click here to return to the previous screen

***Number 1 fan & 100 other titles; compositions.***

**Type of Work:** Recorded Document
**Document Number:** V3480D743
**Date of Recordation:** 2002-07-08
**Entire Copyright Document:** V3480 D743 P1-24
**Date of Execution:** as of 25Oct00; date of cert.: no date given
**Title:** Number 1 fan & 100 other titles; compositions.
**Notes:** Direction letter. Doc. recorded "as is" at request of sender.
**Party 1:** EMI April Music, Inc., Black Fountain Publishing, Inc., EMI Blackwood Music, Inc. & Blackground Music, Inc.
**Links:** List of Titles
**Names:** EMI April Music, Inc.
Black Fountain Publishing, Inc.
EMI Blackwood Music, Inc.
Blackground Music, Inc.




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History *Titles* Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059176
Search Results: Displaying 1 of 1 entries

(4)





***My freak ; Street life ; Slowly ; Bounce & grind.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059176 / 2001-09-04
**Title:** My freak ; Street life ; Slowly ; Bounce & grind.
**Appears in:** Force of nature. Blackground Records 7243 8 50404 2 9, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 50404 2 9
**Performer:** Performed by Tank.
**Copyright Claimant:** Black Fountain Publishing, Tank 1176 Music, Dubs World & EMI April Music, Inc.
**Date of Creation:** 2001
**Date of Publication:** 2001-03-13
**Authorship on Application:** words & music: Durrell Babbs (p.k.a. Tank) & Jeffrey Walker.

**Variant title:** My freak
**Other Title:** Street life
Slowly
Bounce & grind
**Names:** Babbs, Durrell
Walker, Jeffrey
Tank
Black Fountain Publishing
Tank 1176 Music
Dubs World
EMI April Music, Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001159302
Search Results: Displaying 1 of 1 entries

5







*Cake and ice cream.*

**Type of Work:** Music
**Registration Number / Date:** PA0001159302 / 2004-06-07
**Title:** Cake and ice cream.
**Appears in:** One man. Universal Records 440 064 692-2, c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Heat & Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, Angel 4J Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs; words: Thai Jones, Cris Jones, Jarod Whitaker & Yvette Williams.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Jones, Thai
Jones, Cris
Whitaker, Jarod
Williams, Yvette
Heat
Tank
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Angel 4J Music






# Public Catalog



Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001159303
Search Results: Displaying 1 of 1 entries







***Close.***

**Type of Work:** Music
**Registration Number / Date:** PA0001159303 / 2004-06-07
**Title:** Close.
**Appears in:** One man. Universal Records 440 064 692-2, c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Heat & Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, M. Harvey, B. Stringfield, C. Dudley, J. Franklin
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs; words: M. Harvey, B. Stringfield, C. Dudley & J. Franklin.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.
**Other Title:** Tank
**Names:** Harvey, M.
Stringfield, B.
Dudley, C.
Franklin, J.
Babbs, Durrell
Heat
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music



Copyright United States Copyright Office

Help Search History Titles Start Over

# Public Catalog

7

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001159298
Search Results: Displaying 1 of 1 entries





***Club.***

**Type of Work:** Music
**Registration Number / Date:** PA0001159298 / 2004-06-07
**Title:** Club.
**Appears in:** One man. Universal Records 440 064 692-2. c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, Mr. Caviar Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs (Tank, pseud.) & Kannon Cross.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Cross, Kannon
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Mr. Caviar Music
Tank, pseud.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |




# Public Catalog

(8)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001104967
Search Results: Displaying 1 of 1 entries






***Erica Cane.***

**Type of Work:** Music
**Registration Number / Date:** PA0001104967 / 2003-02-10
**Title:** Erica Cane.
**Appears in:** I care 4 U. Blackground Records/Universal 440 060 082-2, 2002.
**Publisher Number:** Blackground Records/Universal 440 060 082-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Herbilicious Music, Rap Tracks Publishing, E. Beats Music
**Date of Creation:** 2002
**Date of Publication:** 2002-12-10
**Authorship on Application:** words and music: Stephen Ellis Garrett, Rapture Stewart, Eric Seats.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Garrett, Stephen Ellis
Stewart, Rapture
Seats, Eric
Aaliyah
EMI April Music, Inc.
Black Fountain Publishing
Herbilicious Music
Rap Tracks Publishing
E. Beats Music




**Save, Print and Email (Help Page)**




# Public Catalog

(9)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059161
Search Results: Displaying 1 of 1 entries







***I can be.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059161 / 2001-09-04
**Title:** I can be.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5. c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Tank 1176 Music & Stephen Anderson
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Durrell Babbs & Stephen Anderson.

**Other Title:** Aaliyah
**Names:** Anderson, Stephen
Babbs, Durrell
Aaliyah
Black Fountain Publishing
Tank 1176 Music




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |




## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059175
Search Results: Displaying 1 of 1 entries






***Throw your hands up ; Lady on my block ; Let it go ; I don't wanna be...***

**Type of Work:** Music
**Registration Number / Date:** PA0001059175 / 2001-09-04
**Title:** Throw your hands up ; Lady on my block ; Let it go ; I don't wanna be lovin' you.
**Appears in:** Force of nature. Blackground Records 7243 8 50404 2 9, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 50404 2 9
**Performer:** Performed by Tank.
**Copyright Claimant:** Black Fountain Publishing, Tank 1176 Music & 'Bout Budda Music
**Date of Creation:** 2001
**Date of Publication:** 2001-03-13
**Authorship on Application:** words & music: Durrell Babbs (p.k.a. Tank) & S. Anderson.

**Variant title:** Throw your hands up
**Other Title:** Lady on my block
Let it go
I don't wanna be lovin' you
**Names:** Babbs, Durrell
Anderson, S.
Tank
Black Fountain Publishing
Tank 1176 Music
'Bout Budda Music




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059160
Search Results: Displaying 1 of 1 entries

(11)







***I refuse.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059160 / 2001-09-04
**Title:** I refuse.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Dubs Music
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett & Jeffrey Walker.
**Other Title:** Aaliyah
**Names:** Garrett, Stephen
Walker, Jeffrey
Aaliyah
Black Fountain Publishing
Herbilicious Music
Dubs Music




| Save, Print and Email (Help Page) |
| --- |
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001104603
Search Results: Displaying 1 of 1 entries

(12)



Labeled View

***I'm the reason.***

**Type of Work:** Music
**Registration Number / Date:** PA0001104603 / 2002-12-18
**Title:** I'm the reason.
**Appears in:** One man. Universal Records 440 064 692-2, c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, EMI Blackwood Music, Inc., 5700 Park Music, Bob D. Terry Publishing
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs (Tank, pseud.), Bob Terry & Curtis Leon Williams.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Terry, Bob
Williams, Curtis Leon
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
EMI Blackwood Music, Inc.
5700 Park Music
Bob D. Terry Publishing
Tank, pseud.










# Public Catalog

(13)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059155
Search Results: Displaying 1 of 2 entries







*Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.*

**Type of Work:** Music
**Registration Number / Date:** PA0001038501 / 2002-03-01
Supplement to: PA0001059155 / 2001
**Title:** Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.
**Notes:** Collection title from basic reg.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music, Rap Tracks, E Beats Music
**Supplement to Registration:** PA 1-059-155, 2001
**Contents:** Loose rap -- Rock the boat -- Extra smooth -- It's whatever.
**Other Title:** Stephen `Garrett
Loose rap.
Extra smooth.
It's whatever.
**Names:** Garrett, Stephen
Seats, Eric
Stewart, Rapture
Black Fountain Publishing
Herbilicious Music
Rap Tracks
E Beats Music




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |



Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059155
Search Results: Displaying 2 of 2 entries

14




***Loose rap ; Rock the boat ; Extra smooth ; It's whatever.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059155 / 2001-09-04
Supplemented by: PA0001038501 / 2002-03-01
**Title:** Loose rap ; Rock the boat ; Extra smooth ; It's whatever.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5. c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Rap Tracks & E Beats Music
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett, Eric Seats & Rapture Stewart.
**Copyright Note:** See also Aaliyah; Reg. 1Mar02; PA 1-038-501
**Variant title:** Loose rap
**Other Title:** Rock the boat
Extra smooth
It's whatever
Aaliyah
**Names:** Garrett, Stephen
Seats, Eric
Stewart, Rapture
Aaliyah
Black Fountain Publishing
Herbilicious Music
Rap Tracks
E Beats Music

Copyright United States Copyright Office

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001059155

Search Results: Displaying 1 of 2 entries



*Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.*

**Type of Work:** Music

**Registration Number / Date:** PA0001038501 / 2002-03-01

Supplement to: PA0001059155 / 2001

**Title:** Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.

**Notes:** Collection title from basic reg.

**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music, Rap Tracks, E Beats Music

**Supplement to Registration:** PA 1-059-155, 2001

**Contents:** Loose rap -- Rock the boat -- Extra smooth -- It's whatever.

**Other Title:** Stephen `Garrett

Loose rap.

Extra smooth.

It's whatever.

**Names:** Garrett, Stephen

Seats, Eric

Stewart, Rapture

Black Fountain Publishing

Herbilicious Music

Rap Tracks

E Beats Music



**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email




# Public Catalog

(15)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001297431
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

*Make me wanna sing.*

**Type of Work:** Music
**Registration Number / Date:** PA0001297431 / 2005-06-20
**Title:** Make me wanna sing.
**Notes:** Contains samples of Lovin' you.
**Copyright Claimant:** Embassy Music Corporation, EMI April Music, Dickiebird Music & Publ. Company
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Richard Rudolph, Durrell Babbs.
**Copyright Note:** C.O. correspondence.
Cataloged from appl. only.
**Other Title:** Lovin' you
**Names:** Rudolph, Richard
Babbs, Durrell
Embassy Music Corporation
EMI April Music
Dickiebird Music & Publ. Company




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059156
Search Results: Displaying 1 of 1 entries

16






***More than a woman.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059156 / 2001-09-04
**Title:** More than a woman.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Virginia Beach Music
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett & Tim Mosley.
**Other Title:** Aaliyah
**Names:** Garrett, Stephen
Mosley, Tim
Aaliyah
Black Fountain Publishing
Herbilicious Music
Virginia Beach Music




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

# Public Catalog

(17)

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001159305

Search Results: Displaying 1 of 1 entries





*My place.*

**Type of Work:** Music

**Registration Number / Date:** PA0001159305 / 2004-06-07

**Title:** My place.

**Appears in:** One man. Universal Records 440 064 692-2, c2002

**Publisher Number:** Universal Records 440 064 692-2

**Description:** Computer sound file.

**Notes:** Electronic registration.

**Performer:** Performed by Tank.

**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, Mr. Caviar Music, Unusual Dosage Music

**Date of Creation:** 2002

**Date of Publication:** 2002-10-29

**Authorship on Application:** words & music: Durrell Babbs, Kannon Cross & William Elton Moore.

**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Cross, Kannon
Moore, William Elton
Tank
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Mr. Caviar Music
Unusual Dosage Music



**Save, Print and Email (Help Page)**




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059157
Search Results: Displaying 1 of 1 entries






*Never no more.*

**Type of Work:** Music
**Registration Number / Date:** PA0001059157 / 2001-09-04
**Title:** Never no more.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Stephen Anderson
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett & Stephen Anderson.
**Other Title:** Aaliyah
**Names:** Anderson, Stephen
Garrett, Stephen
Aaliyah
Black Fountain Publishing
Herbilicious Music




| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001104599
Search Results: Displaying 1 of 1 entries

(19)







***One man.***

**Type of Work:** Music
**Registration Number / Date:** PA0001104599 / 2002-12-18
**Title:** One man.
**Appears in:** One man. Universal Records 440 064 692-2, 2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words and music: Durrell Babbs (Tank, pseud.)
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.
**Names:** Babbs, Durrell
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Tank, pseud.




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001159301
Search Results: Displaying 1 of 1 entries

(20)







*Party like a thug.*

**Type of Work:** Music
**Registration Number / Date:** PA0001159301 / 2004-06-07
**Title:** Party like a thug.
**Appears in:** One man. Universal Records 440 064 692-2, c2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, Money Mack Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words & music: Durrell Babbs, Bryan Williams & B. Thomas.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Williams, Bryan
Thomas, B.
Tank
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Money Mack Music




| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059158
Search Results: Displaying 1 of 1 entries






***Read between the lines.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059158 / 2001-09-04
**Title:** Read between the lines.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Stephen Anderson
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett & Stephen Anderson.
**Other Title:** Aaliyah
**Names:** Anderson, Stephen
Garrett, Stephen
Aaliyah
Black Fountain Publishing
Herbilicious Music




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059155
Search Results: Displaying 1 of 2 entries

22






***Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.***

**Type of Work:** Music
**Registration Number / Date:** PA0001038501 / 2002-03-01
Supplement to: PA0001059155 / 2001
**Title:** Aaliyah / by Stephen Garrett, Eric Seats, Rapture Stewart.
**Notes:** Collection title from basic reg.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music, Rap Tracks, E Beats Music
**Supplement to Registration:** PA 1-059-155, 2001
**Contents:** Loose rap -- Rock the boat -- Extra smooth -- It's whatever.
**Other Title:** Stephen `Garrett
Loose rap.
Extra smooth.
It's whatever.
**Names:** Garrett, Stephen
Seats, Eric
Stewart, Rapture
Black Fountain Publishing
Herbilicious Music
Rap Tracks
E Beats Music




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

# Public Catalog

23

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001104602
Search Results: Displaying 1 of 1 entries







*Supa sexy.*

**Type of Work:** Music
**Registration Number / Date:** PA0001104602 / 2002-12-18
**Title:** Supa sexy.
**Appears in:** One man. Universal Records 440 064 692-2, 2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, EMI Blackwood Music, Inc., Ritz Writes
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words and music: Durrell Babbs (Tank, pseud.)
**Basis of Claim:** New Matter: copyright claimed on all other words and music.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
EMI Blackwood Music, Inc.
Ritz Writes
Tank, pseud.




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |




# Public Catalog



Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = V3488D163
Search Results: Displaying 1 of 1 entries




Select View

Click here to return to the previous screen

*Addictive & 223 other titles; songs. (Part 002 of 002)*

**Type of Work:** Recorded Document
**Document Number:** V3488D163
**Date of Recordation:** 2002-08-28
**Entire Copyright Document:** V3488 D162-163 P1-45
**Date of Execution:** 20Oct00; 30May02; date of cert.: 21Aug02
**Title:** Addictive & 223 other titles; songs. (Part 002 of 002)
**Notes:** Assignment. Exhibit A recorded at request of sender.
**Party 1:** Black Fountain Music, Inc. & Blackground Music, Inc.
**Party 2:** EMI April Music, Inc. & EMI Blackwood Music, Inc.
**Links:** List of Titles
**Names:** Black Fountain Music, Inc.
Blackground Music, Inc.
EMI April Music, Inc.
EMI Blackwood Music, Inc.




| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |




# Public Catalog

25

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001044041
Search Results: Displaying 1 of 1 entries




Labeled View

***Try again.***

**Type of Work:** Music
**Registration Number / Date:** PA0001044041 / 2001-04-19
**Title:** Try again.
**Appears in:** Romeo must die. Blackground Records 7243 8 49052 2 4. c2000. Compact disc
**Publisher Number:** Blackground Records 7243 8 49052 2 4
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music, Virginia Beach Music
**Date of Creation:** 2000
**Date of Publication:** 2000-03-28
**Authorship on Application:** words & music: Stephen Garrett, Tim Mosley (p.k.a. Timbaland)

**Names:** Garrett, Stephen
Mosley, Tim
Aaliyah
Black Fountain Publishing
Herbilicious Music
Virginia Beach Music
Timbaland




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001104601
Search Results: Displaying 1 of 1 entries

26







***Unpredictable.***

**Type of Work:** Music
**Registration Number / Date:** PA0001104601 / 2002-12-18
**Title:** Unpredictable.
**Appears in:** One man. Universal Records 440 064 692-2, 2002
**Publisher Number:** Universal Records 440 064 692-2
**Description:** Computer sound file.
**Notes:** Electronic registration.
**Performer:** Performed by Tank.
**Copyright Claimant:** EMI April Music, Inc., Black Fountain Publishing, Tank 1176 Music, Herbilicious Music
**Date of Creation:** 2002
**Date of Publication:** 2002-10-29
**Authorship on Application:** words and music: Durrell Babbs (Tank, pseud.); words: Stephen Ellis Garrett.
**Rights and Permissions:** Rights and permissions info. on CORDS appl. in CO.

**Names:** Babbs, Durrell
Garrett, Stephen Ellis
EMI April Music, Inc.
Black Fountain Publishing
Tank 1176 Music
Herbilicious Music
Tank, pseud.




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

# Public Catalog

27

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059154
Search Results: Displaying 1 of 1 entries







*We need a resolution.*

**Type of Work:** Music
**Registration Number / Date:** PA0001059154 / 2001-09-04
**Title:** We need a resolution.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Herbilicious Music & Virginia Beach Music
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Stephen Garrett & Tim Mosley.
**Other Title:** Aaliyah
**Names:** Garrett, Stephen
Mosley, Tim
Aaliyah
Black Fountain Publishing
Herbilicious Music
Virginia Beach Music




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001059162
Search Results: Displaying 1 of 1 entries







***What if.***

**Type of Work:** Music
**Registration Number / Date:** PA0001059162 / 2001-09-04
**Title:** What if.
**Appears in:** Aaliyah. Blackground Records 7243 8 10082 2 5, c2001. Compact disc
**Publisher Number:** Blackground Records 7243 8 10082 2 5
**Performer:** Performed by Aaliyah.
**Copyright Claimant:** Black Fountain Publishing, Tank 1176 Music & Dubs World
**Date of Creation:** 2001
**Date of Publication:** 2001-07-17
**Authorship on Application:** words & music: Durrell Babbs & Jeffrey Walker.
**Other Title:** Aaliyah
**Names:** Babbs, Durrell
Walker, Jeffrey
Aaliyah
Black Fountain Publishing
Tank 1176 Music
Dubs World




| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

# EXHIBIT B




**DENISE M. STEVENS**
Senior Counsel

1906 Acklen Avenue
Nashville, TN 37212

**Direct** 615.749.8306
**Main** 615.749.8300
**Fax** 615.749.8308
dstevens@loeb.com

Via FedEx

June 28, 2012

Library of Congress
Copyright Office
Documents Recordation Section
101 Independence Ave, SE
Washington, DC 20559-6000

Re: Assignment of Copyright Exclusive Administration Rights
Reservoir Media Management, Inc. (Assignee of 694 titles)

Dear Sir or Madam,

Enclosed for recordation, please find a complete set of the above-referenced document, as follows: one (1) signed document entitled Assignment of Copyright and Exclusive Administration Rights with corresponding Schedule A together with two (2) copies of the Document Cover Sheet. Payment is authorized to be charged to the deposit account of Loeb & Loeb LLP, as set forth on the enclosed Document Cover Sheet.

Please contact me if there are any questions or concerns regarding the enclosed documents.

Sincerely,

Denise M Stevens

Denise Stevens
of Loeb & Loeb

Enclosures